PD-0872-15
COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS
Transmitted 7/13/2015 2:12:20 PM
Accepted 7/15/2015 3:24:55 PM
ABEL ACOSTA
CLERK

No. 15-    -PD

(Court of Appeals No. 05-14-00236-CR)

IN THE

COURT OF CRIMINAL APPEALS

OF TEXAS

FILED IN
COURT OF CRIMINAL APPEALS

July 15, 2015

ABEL ACOSTA, CLERK

THOMAS BENTON SINGER,

Petitioner,

v.

THE STATE OF TEXAS

## MOTION TO EXTEND TIME TO FILE
## PETITION FOR DISCRETIONARY REVIEW

On discretionary review from the Court of Appeals
Fifth District of Texas at Dallas

TO THE HONORABLE COURT OF CRIMINAL APPEALS:

THOMAS BENTON SINGER, Petitioner, pursuant to TEX.R.APP.P. 68.2©,

respectfully moves the Court to extend the time for filing a petition for discretionary

review until 15 August 2015, and for cause represents as follows:

1. **Deadline for filing Petition for Discretionary Review**. A petition for discretionary review is due to be filed on 13 July 2015 (or, on 15 July 2015[1]).

2. **Length of Extension Sought**. The Petitioner seeks an extension of time for filing a petition for discretionary review to and including 15 August 2015.

3. **Basis of Request for Extension**. The Petitioner, who has been out of town on a family vacation, last week advised the undersigned counsel that he had received a copy of the opinion in the case and he requested the undersigned counsel to prepare and file a petition for discretionary review in this case. The undersigned counsel has not been able to prepare and file a petition for discretionary review in this case because he learned only last week that the Petitioner desired to file a petition for discretionary review in the case.

The undersigned counsel has begun the preparation of a petition for discretionary review but will not be able to complete it in time for filing on 12 or 15 July 2015, consistent with his current trial schedule and obligations in other cases pending on appeal.[2] The undersigned counsel will be able to complete a petition in time for filing on 15 August 2015.

4. **Previous Extensions**. No previous extensions for filing a petition for discretionary review have been requested or granted.

---

[1] The judgment of the court of appeals in this case was originally rendered on 12 June 2015. On 15 June 2015 the court of appeals issued a letter correcting a "page for the above-mentioned case."

[2] The undersigned counsel is currently preparing motions for rehearing in *Cook v. State*, pending in the Dallas Court of Appeals, and in *Bucaro v. State*, pending in the Fort Worth Court of Appeals.

5. **Identity of Court of Appeals**. This case was appealed to and decided by the Court of Appeals for the Fifth District at Dallas.

6. **Case Number and Style in Court of Appeals**. This case was styled *Thomas Benton Singer v. State of Texas* in the Court of Appeals and bore No. 05-14-00236-CR.

6. **Date of Judgment of Court of Appeals**. The judgment of the Court of Appeals was rendered on 12 June 2015. The Court of Appeals issued a letter dated 15 June 2015 correcting "a page for the above mentioned case" which inserted "Do Not Publish,. TEX.R.APP.P. 47.2(b)."

7. **Identity of Trial Court**. The trial court was the County Criminal Court No. 5 of Dallas County, Texas, Hon. Etta Mullins. presiding.

8. **Date of Trial Court's Judgment**. 12 February 2014.

9. **Style and Case Number in Trial Court**. *State v. Thomas Benton Singer*, No. MB2007-49876..

Wherefore, the Petitioner prays that the time for filing a petition for discretionary review in this case be extended to and including 15 August 2015.

Respectfully submitted,

/s/   Melvyn Carson Bruder

MELVYN CARSON BRUDER

TSB 03241000
6440 North Central Expressway
516 Turley Law Center
Dallas, Texas 75206
214.987.3500
214.987.3518  (FAX)
melvyn@melvynbruderlaw.com

Counsel for Petitioner

## CERTIFICATE OF SERVICE

I certify that on 13 July 2015 a true and correct copy of the foregoing motion was served upon counsel of record for the State of Texas and upon the State Prosecuting Attorney via e-filing and via first class United States mail, postage prepaid, in Dallas, Texas.

/s/   Melvyn Carson Bruder

MELVYN CARSON BRUDER